

2016AP1745–CR    State   v.   Michael   L. Cox    Grant    10/17/2017